UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20591-UNGARO

UNITED STATES OF AMERICA

    v.

LAZARO JUAN PAEZ,

    **Defendant.**

                                              /

**GOVERNMENT'S RULE 35(b) MOTION TO REDUCE SENTENCE**

The United States of America, by and through the undersigned Special Assistant United States Attorney, respectfully moves, under Rule 35(b) of the Federal Rules of Criminal Procedure, that the Court reduce LAZARO JUAN PAEZ's sentence by 10%, in order to reflect the defendant's substantial assistance to the government in the prosecution of other individuals. In support of this motion, the Government states as follows:

    1.    On October 4, 2012, a federal grand jury in the Southern District of Florida returned a sixty-six count Superseding Indictment charging co-defendants Lazaro Juan PAEZ and Juan PAEZ-VEGA, with one count of conspiracy to encourage and induce aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); thirty-one counts of encouraging and inducing aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); thirty-one counts of bringing and attempting to bring aliens to the United States for the purpose of commercial advantage and private financial gain, in violationTitle 8, United States Code, Section 1324(a)(2)(B)(ii); and three counts of assisting the entry of an aggravated felon in violation of Title 8, United States Code Section 1327.  [DE: 45].

    2.    On January 9, 2013, a jury found defendant, PAEZ, guilty of Counts 1 through 65

of the Superseding Indictment. [DE: 101].

3. On March 22, 2013, PAEZ was sentenced to 180 months' imprisonment. [DE: 134].

4. Following his conviction, the defendant substantially assisted the United States in the prosecution of others. The basis for the motion and the nature of the defendant's cooperation will be detailed at a hearing in this matter.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:    *s/ Emily A. Rose*
    EMILY A. ROSE
    Court ID No. A5502275
    Special Assistant United States Attorney
    99 N.E. 4th Street, 6th Floor
    Miami, Florida 33132
    Telephone: (305) 961-9136
    Facsimile: (305) 530-7976
    Email: Emily.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Government's Rule 35(b) Motion with the Clerk of the Court using CM/ECF.

*s/ Emily A. Rose*
Emily A. Rose
Special Assistant United States Attorney