UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-CR-20591-UU-1

**UNITED STATES OF AMERICA,**
          Plaintiff,

v.

**LAZARO PAEZ**
          Defendant,
_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

**COMES NOW**, **THE CORONA LAW FIRM,** and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant for the proceedings arising from the transaction with which the defendant it presently charged in the United States District Court in and for the Southern District of Florida.

This appearance is unconditional and in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was filed electronically via CM/ECF and mailed this 7th day of April, 2017.

        **CORONA LAW FIRM P.A.**
        3899 NW 7th Street, 2nd Floor
        Miami, Florida 33126
        (305) 547-1234 (Telephone)
        (305) 266-1151 (Facsimile)

        By:  __/s/Rene Palomino, Esq._____
            RICARDO R. CORONA
            Florida Bar No. 111333

            RENE PALOMINO
            Florida Bar No. 381292
            Attorney for Defendant